Form clsnodsc − ntcclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                Case No.: 11−11275−MBK
                                Chapter: 13
                                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas Owens                                    Awilda Owens
   27 Oakland Avenue                        27 Oakland Avenue
   Edison, NJ 08817                            Edison, NJ 08817

Social Security No.:
   xxx−xx−6685                                     xxx−xx−4781

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

    You are hereby notified that the above−named case will be closed without entry of discharge on or after August 29, 2016 for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: July 28, 2016
JJW: wdr

                                                                       James J. Waldron
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas Owens  
Awilda Owens  
    Debtors

Case No. 11-11275-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jul 28, 2016  
                      Form ID: clsnodsc      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2016.  
db/jdb       +Thomas Owens,   Awilda Owens,   27 Oakland Avenue,   Edison, NJ 08817-4209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jul 28 2016 22:40:13    U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534  
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 28 2016 22:40:12    United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235  
                                                                                                             TOTAL: 2

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2016 at the address(es) listed below:  
          Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com  
          Albert Russo   docs@russotrustee.com  
          James J. Cerbone   on behalf of Joint Debtor Awilda Owens cerbonelawfirm@aol.com  
          James J. Cerbone   on behalf of Debtor Thomas Owens cerbonelawfirm@aol.com  
          Joshua I. Goldman   on behalf of Creditor   U.S. Bank, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
          William M. E. Powers, III   on behalf of Creditor   U.S. Bank Home Mortgage, servicing agent for U.S. Bank N.A. ecf@powerskirn.com  
          William M.E. Powers   on behalf of Creditor   U.S. Bank Home Mortgage, servicing agent for U.S. Bank N.A. ecf@powerskirn.com  
          William M.E. Powers   on behalf of Creditor   U.S. Bank, National Association ecf@powerskirn.com  
                                                                                                     TOTAL: 8